# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON OMAR FUENTES RIVERA,<br><br>  Petitioner,<br><br>v.<br><br>JEREMY CASEY, Ward of Imperial Regional Detention Facility, et. al.,<br><br>  Respondents. | Case No.: 26-cv-0869-BJC-JLB<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND PROHIBITING TRANSFER OF PETITIONER** |

On February 12, 2026, Petitioner Jason Omar Fuentes Rivera, a citizen of Honduras, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner asserts his re-classification as an "applicant seeking admission" under 8 U.S.C. § 1225(b)(2) is contrary to law, his re-detention violates his Fifth Amendment due process rights, and he is a member of the Bond Eligible Class in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ----, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025), and, therefore, is entitled to a bond hearing. After a review of the petition, this Court deems it appropriate to require Respondents to file a response. Additionally, the Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending application. *See E-C-R- v. Noem*, No. 3:25-

1  CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the
2  All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation
3  of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive
4  relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL
5  1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs
6  Act, from removing the plaintiffs from the District of Connecticut to preserve the court's
7  jurisdiction).

8  Based on the foregoing, the Court ORDERS:

9  1. Respondents shall file a response to the petition **no later than close of business February 20, 2026**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.

12  2. Petitioner may file a traverse, **no later than close of business February 27, 2026**. Absent further order of this Court, this matter will be deemed under submission at that time.

15  3. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby ENJOINED from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated:  February 13, 2026

*[signature: Bryan Cheeks]*

Honorable Benjamin J. Cheeks
United States District Judge